USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: 8/14/2026

26UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE LEE,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

Defendant.

**ORDER**

26-CV-4097 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motions, ECF Nos. 11 and 12 (the "Letter Motions"), requesting to extend the deadlines for briefing in this matter. The Letter Motions are **GRANTED**. The parties shall adhere to the following deadlines:

- Plaintiff's brief is due **September 16, 2026**;
- Defendant's brief is due **November 16, 2026**;
- Plaintiff's reply is due **November 30, 2026**.

The Clerk of Court is respectfully directed to terminate the Letter Motions at ECF Nos. 11 and 12 as **GRANTED**.

**SO ORDERED.**

Dated: August 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge