USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 9/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE LEE,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

Defendant.

**ORDER**

26-CV-4097 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's August 14, 2026 order, ECF No. 13, Plaintiff's brief was due by September 16, 2026. To date, so far as the docket reflects, Plaintiff has not filed her brief. The Court *sua sponte* extends the deadline for Plaintiff to file her brief to **September 23, 2026**. Defendant's brief is due **November 23, 2026**. Plaintiff's reply is due **December 7, 2026**.

**SO ORDERED.**

Dated: September 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge