USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE LEE,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

Defendant.

**ORDER**

26-CV-4097 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's brief. ECF No. 15. Plaintiff's certificate of compliance accompanying her brief states that the brief contains 3,765 words. This does not appear to be correct. Plaintiff is directed to file an amended certificate of compliance reflecting an accurate word count for her brief by **September 30, 2026**.

**SO ORDERED.**

Dated: September 25, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge